# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-391-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,

vs.

JEAN LENOIX BRUNO,

      Defendant.

_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court on a Superseding Petition for Offender Under Supervision. DE 21.

The matter was referred to Magistrate Judge O'Sullivan (DE 31), who on August 28, 2006 issued a Report recommending the revocation of Defendant's supervised release based on Defendant's admission to four violations of his supervised release conditions.  DE 34.  The parties have not objected to the Report.

The Court, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED, AFFIRMED AND ADOPTED.

DONE AND ORDERED in Chambers at Miami, Florida, this _6_ day of October, 2006.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record